**STERLING, WINCHESTER & LONG, L.L.C., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5185.

United States Court of Appeals, Federal Circuit.

June 5, 2009.

Frederick L. Wright II, Vaughn, Wright & Boyer LLP, of Atlanta, Georgia, argued for plaintiff-appellant.

Maame A.F. Ewusi–Mensah, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief was Jeanne E. Davidson, Director. of counsel on the brief was Michael F. Kiely, Attorney, Law Department, United States Postal Service, of Washington, DC.

Before BRYSON and GAJARSA, Circuit Judges, and ST. EVE, District Judge.*

---

* The Honorable Amy J. St. Eve, United States District Judge for the Northern District of Illinois, sitting by designation.

* The Honorable Amy J. St. Eve, United States District Judge for the Northern District of Illinois, sitting by designation.

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36

---

ney O. Johnson, Jr. and William LaMarca, Associate Solicitors.

Before MICHEL, Chief Judge, LINN, Circuit Judge, and ST. EVE, District Judge.*

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.